IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02841-RM-KLM

CARLEE C. CARSON,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, and
HSBC BANK USA, N.A., as Trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 20070HE2, Asset Backed Pass-Through Certificates,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Scheduling Conference** [#18] (the "Motion"). Plaintiff requests that the Court vacate the Scheduling Conference set for March 2, 2016 because Defendants have filed a Motion to Dismiss [#12] seeking to dismiss several of the claims alleged by Plaintiff which may narrow the scope and extent of discovery. Plaintiff requests instead that the Court reset the Scheduling Conference after the resolution of the Motion to Dismiss. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**, and the Scheduling Conference set for **March 2, 2016** is **VACATED**. The Court will reset the Scheduling Conference upon the resolution of Defendants' Motion to Dismiss.

    Dated: February 29, 2016